JAIVIN RAJ KARNANI
Reg. No. 14087-512
FCI Lompoc Satellite Camp
3705 West Farm Road
Lompoc, CA 93436
Plaintiff, pro se

FILED
CLERK, U.S. DISTRICT COURT
10/28/26
CENTRAL DISTRICT OF CALIFORNIA
BY ang DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

FEE DUE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

l/n

WESTERN DIVISION

| | |
|---|---|
| JAIVIN RAJ KARNANI, | ) Case No. 2:26-cv-13517-CV-PVCx |
| | ) |
| Plaintiff, | ) COMPLAINT FOR |
| | ) INJUNCTIVE RELIEF |
| v. | ) UNDER THE FREEDOM OF |
| | ) INFORMATION ACT, 5 |
| UNITED STATES DEPARTMENT OF | ) U.S.C. 552 |
| JUSTICE; and FEDERAL BUREAU OF | ) |
| PRISONS, | ) |
| | ) |
| Defendants. | ) |

INTRODUCTION

1. Plaintiff made written requests to the Federal Bureau of Prisons ("BOP"), a component of the United States Department of Justice ("DOJ"), for records under the Freedom of Information Act, 5 U.S.C. 552 ("FOIA"). One of the requests, for recordings of Plaintiff's own telephone calls, is also a first-party request. More than twenty working days have passed since each request described in this Complaint was sent to BOP's published FOIA email address. BOP has not made a determination on any of the requests or produced any record, and it has not given written notice of unusual circumstances. BOP has not assigned a tracking number to any of the requests. Plaintiff asks the Court to order Defendants to search for and produce the records, to preserve them while this case is pending, and to pay his costs.

JURISDICTION AND VENUE

2. This Court has jurisdiction under 5 U.S.C. 552(a)(4)(B) and 28 U.S.C. 1331.

3. Venue is proper in this District under 5 U.S.C. 552(a)(4)(B), which allows suit "in the district in which the complainant resides, or has his principal place of business, or in which the agency records are

situated, or in the District of Columbia." Plaintiff resides at the FCI Lompoc Satellite Camp in Lompoc, Santa Barbara County, which is in the Western Division of this District (28 U.S.C. 84(c)(2)). Records responsive to the requests in Counts I and II, including FCI Lompoc institution records and Plaintiff's telephone records, are situated at or are maintained for FCI Lompoc.

PARTIES

4. Plaintiff Jaivin Raj Karnani is a federal prisoner, Register No. 14087-512, housed at the FCI Lompoc Satellite Camp. He made each request described below in his own name.

5. Defendant United States Department of Justice is an agency of the United States within the meaning of 5 U.S.C. 552(f)(1). BOP is a component of DOJ.

6. Defendant Federal Bureau of Prisons is a component of DOJ and an agency within the meaning of 5 U.S.C. 552(f)(1). BOP has possession, custody or control of the records requested from it.

FACTS

A. The eight-item request, September 16 and 18, 2026

7. On September 16, 2026, Plaintiff emailed a FOIA request to BOP at the address BOP publishes for FOIA requests, BOP-OGC-EFOIA-S@bop.gov. The request sought eight categories of records: (1) residential reentry center bed-space, capacity and waitlist records for the Residential Reentry Management area serving FCI Lompoc, January 1, 2025 to present; (2) the written procedure for the individualized review required by 18 U.S.C. 3621(b) (the "five-factor review"); (3) Residential Reentry Management guidance on setting the length of residential reentry center placement, January 1, 2025 to present; (4) aggregate statistics on residential reentry center placement lengths for persons released from FCI Lompoc, January 1, 2025 to present; (5) the BOP Director's directives of on or about May 28, 2025 and June 17, 2025 concerning residential reentry and home confinement placement, with implementing guidance; (6) records of rodent and pest activity, control and inspections at FCI Lompoc and its satellite camp, January 1, 2025 to present; (7) BOP's staff-discipline policy for FCI Lompoc and de-identified aggregate discipline statistics, January 1, 2024 to present; and (8) BOP's staff assignment and reassignment policy for FCI Lompoc and de-identified aggregate counts, January 1, 2024 to present.

8. BOP's FOIA mailbox sent an automatic reply the same

day, September 16, 2026, confirming that it had received Plaintiff's email.

9. On September 18, 2026, Plaintiff submitted the same eight requests through BOP's online FOIA request form. BOP's system sent automatic replies on September 19, 2026 (UTC) stating that each request had been received. BOP assigned no request number.

10. BOP's twenty-working-day period to determine the September 16 request ended on or about October 15, 2026, and for the September 18 submissions on or about October 20, 2026.

B. FOIA-1: Plaintiff's telephone recordings

11. On September 26, 2026, Plaintiff emailed to BOP-OGC-EFOIA-S@bop.gov, with a copy to BOP's Western Region FOIA address, a signed first-party request under FOIA and the Privacy Act of 1974 for the recordings and call records of his TRUFONE telephone calls with one telephone number identified in the request, May 1, 2026 through August 25, 2026. The request asked BOP to preserve the recordings under 28 C.F.R. 16.9.

12. On or about September 30, 2026, a signed paper copy of the same request was sent by United States Postal

Service certified mail to BOP's published FOIA mailing address, FOIA/PA Section, Office of General Counsel, Room 924, 320 First Street, N.W., Washington, DC 20534.

13. On October 6, 2026, Plaintiff sent BOP, by email to the same FOIA address, a signed supplemental preservation demand asking BOP to preserve all of his TRUFONE call recordings from May 1, 2026 to the present.

14. BOP's own privacy impact assessment for TRUFONE states that call recordings are "deleted in the system after 180 days or when no longer required for legal or administrative purposes." The earliest requested recordings, from May 1, 2026, become 180 days old on October 28, 2026. Later recordings reach that age one day at a time after that.

15. On October 19 and October 20, 2026, telephone messages were left with BOP's FOIA Requester Service Center asking for the request's tracking number and for confirmation that the recordings are on hold. As of the date of this Complaint, BOP has not responded.

16. The September 26, 2026 email was sent on a Saturday. Measured from the next working day, Monday, September 28, 2026, BOP's twenty-working-day period to determine

the request ended on or about October 27, 2026. This Count rests on the emailed request. The paper copy described in paragraph 12 is a duplicate of it.

C. Exhaustion

17. For every request in Counts I and II, BOP failed to comply with the time limit in 5 U.S.C. 552(a)(6)(A) and gave no written notice extending it under 5 U.S.C. 552(a)(6)(B). Plaintiff is therefore deemed to have exhausted his administrative remedies under 5 U.S.C. 552(a)(6)(C)(i).

CLAIMS FOR RELIEF

COUNT I - FOIA, 5 U.S.C. 552 (BOP: eight-item request)

18. Plaintiff repeats paragraphs 1 through 17. BOP has failed to make a timely determination on, to conduct a reasonable search for, and to produce records responsive to the requests in paragraphs 7 through 10, and is improperly withholding agency records.

COUNT II - FOIA, 5 U.S.C. 552 (BOP: telephone recordings)

19. Plaintiff repeats paragraphs 1 through 17. BOP has failed to make a timely determination on, to search for, and to produce records responsive to the request

in paragraphs 11 through 16, and is improperly withholding agency records. Under 28 C.F.R. 16.9, records "shall not be disposed of or destroyed while they are the subject of a pending request, appeal, or lawsuit under the FOIA."

PRAYER FOR RELIEF

Plaintiff asks the Court to:

A. Declare that Defendants violated FOIA by failing to make timely determinations on the requests in Counts I and II;

B. Order Defendants to conduct reasonable searches for all records responsive to those requests and to produce all non-exempt records, and all reasonably segregable non-exempt portions of records, by a date the Court sets;

C. Order Defendants to identify every record or portion withheld and the exemption claimed for each;

D. Order BOP to preserve, and not to delete, overwrite or destroy, all records responsive to the request in Count II, including all TRUFONE recordings and call records of Plaintiff's calls from May 1, 2026 to the present, while this action is pending, and to file a statement of whether any responsive recording has been deleted since September 28, 2026 and, if so, when and under what authority;

E. Award Plaintiff his costs of litigation, including the filing fee, under 5 U.S.C. 552(a)(4)(E); and

F. Grant any other relief the Court finds just.

Dated: October 28, 2026

Respectfully submitted,

JAIVIN RAJ KARNANI

Plaintiff, pro se

EXHIBIT LIST

- Exhibit 1 - Plaintiff's September 16, 2026 email request (eight items) and BOP's automatic reply of September 16, 2026
- Exhibit 2 - BOP web-form automatic receipts of September 19, 2026 (UTC)
- Exhibit 3 - FOIA-1 request of September 26, 2026 (email and signed copy) and October 6, 2026 supplemental preservation demand (email and signed copy)

# EXHIBIT 1

Plaintiff's September 16, 2026 email FOIA request (eight items) and BOP's automatic reply of September 16, 2026.

**Ex. 1 - Plaintiff's email request, Sept. 16, 2026 (page 1 of 2)**

From : [email redacted]
To : bop-foia@bop.gov, BOP-OGC-EFOIA-S@bop.gov
Date : Wed, 16 Sep 2026 14:19:13 -0700
Subject: FOIA Request - FCI Lompoc and RRM agency records - 8 items - expedited processing and fee waiver requested

FREEDOM OF INFORMATION ACT REQUEST
Submitted by electronic mail, September 16, 2026

FOIA/Privacy Act Section
Office of General Counsel
Federal Bureau of Prisons
320 First Street NW
Washington, DC 20534

Requester:
Jaivin Raj Karnani
c/o Raj Karnani
868 Braewood Court
South Pasadena, California 91030
[email redacted]

Re: Request for agency records under 5 U.S.C. section 552 · FCI Lompoc and Residential Reentry Management. Eight items. No records about any individual are sought.

Dear FOIA Officer:

This is a request under the Freedom of Information Act, 5 U.S.C. section 552, for the agency records described below.

SCOPE NOTE, STATED UP FRONT. Every item below seeks agency records only. No item seeks any record about, or retrieved by the name of, any individual. No item seeks any personnel file, and no item requires the disclosure of any person's name. Accordingly this request does not seek "non-public information on an individual" within the meaning of the Bureau's intake instructions, and no individual authorization is required for its processing. Where a category of record might otherwise implicate personal privacy, the request is expressly limited to policy documents and to aggregate, de-identified counts.

Unless otherwise stated, the geographic scope is FCI Lompoc, including the satellite camp, and the Residential Reentry Management office serving that institution.

If any portion of a responsive record is exempt, please release all reasonably segregable non-exempt portions and identify the exemption claimed for each withholding, together with the volume of information withheld, as required by 5 U.S.C. section 552(b).

ITEM 1 · RESIDENTIAL REENTRY BED SPACE AND CAPACITY

All records reflecting residential reentry center bed-space availability, capacity, utilization, and any waitlist for the Residential Reentry Management catchment area serving FCI Lompoc, for the period January 1, 2025 to the present, including periodic capacity or utilization reports submitted to or generated by the Residential Reentry Management office, and communications between that office and contract residential reentry center providers concerning available beds.

ITEM 2 · WRITTEN PROCEDURE FOR THE INDIVIDUALIZED REVIEW REQUIRED BY 18 U.S.C. SECTION 3621(b)

All records constituting or describing the written procedure by which staff conduct the individualized review required by 18 U.S.C. section 3621(b), including any Program Statement, institution supplement, standard operating procedure, checklist, worksheet, form, training material, or written guidance stating what such a review consists of and how staff are to document it.

ITEM 3 · GUIDANCE ON SETTING THE LENGTH OF RESIDENTIAL REENTRY PLACEMENT

All guidance, instructions, memoranda, or correspondence issued by the Residential Reentry Management office to institutions concerning how to determine or recommend the length of residential reentry center placement, for the period January 1, 2025 to the present.

ITEM 4 · AGGREGATE PLACEMENT-LENGTH DISTRIBUTIONS AT FCI LOMPOC

Aggregate, non-individualized statistics reflecting the distribution of residential reentry center placement lengths for inmates released from FCI Lompoc, main institution and satellite camp, for the period January 1, 2025 to the present, expressed as counts or percentages by placement-length band. No individual identifying information is sought.

ITEM 5 · DIRECTOR'S DIRECTIVES OF MAY 28, 2025 AND JUNE 17, 2025

Complete copies of the directives issued by the Director of the Bureau of Prisons on or about May 28, 2025 and on or about June 17, 2025 concerning residential reentry and home confinement placement, in their full internal form, together with any implementing instruction, transmittal memorandum, guidance, or frequently-asked-questions document issued to institutions or to Residential Reentry Management offices concerning them.

ITEM 6 · RODENT AND PEST ACTIVITY, CONTROL, AND

**Ex. 1 - BOP automatic reply, Sept. 16, 2026 (page 1 of 1)**

From : "BOP-OGC-EFOIA-S (BOP)" <BOP-OGC-EFOIA-S@bop.gov>
To : "[email redacted]" <[email redacted]>
Date : Wed, 16 Sep 2026 21:19:20 +0000
Subject: Automatic reply: [EXTERNAL] FOIA Request - FCI Lompoc and RRM agency records - 8 items - expedited processing and fee waiver requested

Greetings,

The Federal Bureau of Prisons (BOP), FOIA/PA Section has received your email and will respond to you as quickly as possible. Meanwhile, if you would like more information about the FOIA and/or BOP's FOIA process, please visit: https://www.bop.gov/foia/index.jsp#tabs-0.

We appreciate your patience.

Sincerely,
FOIA/Privacy Act Section
Federal Bureau of Prisons
U.S. Department of Justice

# EXHIBIT 2

BOP web-form automatic receipts, September 19, 2026 (UTC) (9 receipts).

**Ex. 2 - BOP web-form receipt 1 (page 1 of 2)**

From : auto-reply@bop.gov
To : [email redacted]
Date : Sat, 19 Sep 2026 05:29:12 +0000
Subject: Reply - FOIA Request - [email redacted] Jaivin Karnani

*******
This message was generated from an automated email account on www.bop.gov. Please do not reply to this message; you will not get a response.
If you have questions or concerns, please use the "Contact Us" area on the BOP website www.bop.gov/contact
TimeStamp: Sat Sep 19 01:29:12 EDT 2026
*******

Your request for information has been received. Please read this automatic reply carefully as this may be the only response you receive from this office.

If your request involves:

Inmate Records:

Inmate register numbers, age, race, sex, projected release date and location, or date released can be found on the BOP website via the Inmate Locator at:

http://www.bop.gov/Locate

The website contains information on the current prison population and on inmates released from 1982 - present. If your request is for information available on the website, this is the only response you will receive. If you are unable to access the information via the website you may resubmit your request, however, please specify that you were unable to obtain the information from the website. In order that we may continue to provide needed information in a quick and efficient manner, please also indicate why you could not obtain the information from the site.

Additionally, the database we use in our office to search for inmate information is the same database used on our website. If your search results in "NO RECORD FOUND," there is no further search our office can conduct that will provide a different response.

If you are requesting information that is not available via the Inmate Locator, (Inmate register numbers, age, race, sex, projected release date and location, or date released) please be advised that an original release Authorization from that person that is either notarized or contains a penalty of perjury statement is required. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this email, and indicate that you wish us to process your request as is, without authorization. You will need to explain why you are entitled to the information without an authorization. Absent a legally sufficient reason for releasing the records without consent, your request will be denied and appeal rights will be given. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for records maintained on non-inmate persons:

Requests for information on an individual cannot be processed without a current, original release Authorization from that person that is either notarized or contains a penalty of perjury statement. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this text and indicate that you wish us to process your request as is, without authorization. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for information not related to an individual:

All other requests will be processed and a response forwarded as soon as possible.

BOP's FOIA Service Center:

You may check the status of a request by contacting the BOP's FOIA Service Center (FSC) at 202.616.7750. Please note that this service is available only to requesters seeking information concerning the status of a submitted FOIA request.

Below are your responses to the FOIA form:

Date = 09/18/2026
Name = Jaivin Karnani
Address2 = 868 Braewood Court
City

**Ex. 2 - BOP web-form receipt 2 (page 1 of 2)**

From : auto-reply@bop.gov
To : [email redacted]
Date : Sat, 19 Sep 2026 05:39:08 +0000
Subject: Reply - FOIA Request - [email redacted] Jaivin Karnani

*******
This message was generated from an automated email account on www.bop.gov. Please do not reply to this message; you will not get a response.
If you have questions or concerns, please use the "Contact Us" area on the BOP website www.bop.gov/contact
TimeStamp: Sat Sep 19 01:39:07 EDT 2026
*******

Your request for information has been received. Please read this automatic reply carefully as this may be the only response you receive from this office.

If your request involves:

Inmate Records:

Inmate register numbers, age, race, sex, projected release date and location, or date released can be found on the BOP website via the Inmate Locator at:

http://www.bop.gov/Locate

The website contains information on the current prison population and on inmates released from 1982 - present. If your request is for information available on the website, this is the only response you will receive. If you are unable to access the information via the website you may resubmit your request, however, please specify that you were unable to obtain the information from the website. In order that we may continue to provide needed information in a quick and efficient manner, please also indicate why you could not obtain the information from the site.

Additionally, the database we use in our office to search for inmate information is the same database used on our website. If your search results in "NO RECORD FOUND," there is no further search our office can conduct that will provide a different response.

If you are requesting information that is not available via the Inmate Locator, (Inmate register numbers, age, race, sex, projected release date and location, or date released) please be advised that an original release Authorization from that person that is either notarized or contains a penalty of perjury statement is required. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this email, and indicate that you wish us to process your request as is, without authorization. You will need to explain why you are entitled to the information without an authorization. Absent a legally sufficient reason for releasing the records without consent, your request will be denied and appeal rights will be given. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for records maintained on non-inmate persons:

Requests for information on an individual cannot be processed without a current, original release Authorization from that person that is either notarized or contains a penalty of perjury statement. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this text and indicate that you wish us to process your request as is, without authorization. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for information not related to an individual:

All other requests will be processed and a response forwarded as soon as possible.

BOP's FOIA Service Center:

You may check the status of a request by contacting the BOP's FOIA Service Center (FSC) at 202.616.7750. Please note that this service is available only to requesters seeking information concerning the status of a submitted FOIA request.

Below are your responses to the FOIA form:

Date = 09/18/2026
Name = Jaivin Karnani
Address = 868 Braewood Court
City

**Ex. 2 - BOP web-form receipt 3 (page 1 of 2)**

From : auto-reply@bop.gov
To : [email redacted]
Date : Sat, 19 Sep 2026 05:41:30 +0000
Subject: Reply - FOIA Request - [email redacted] Jaivin Karnani

*******
This message was generated from an automated email account on www.bop.gov. Please do not reply to this message; you will not get a response.
If you have questions or concerns, please use the "Contact Us" area on the BOP website www.bop.gov/contact
TimeStamp: Sat Sep 19 01:41:29 EDT 2026
*******

Your request for information has been received. Please read this automatic reply carefully as this may be the only response you receive from this office.

If your request involves:

Inmate Records:

Inmate register numbers, age, race, sex, projected release date and location, or date released can be found on the BOP website via the Inmate Locator at:

http://www.bop.gov/Locate

The website contains information on the current prison population and on inmates released from 1982 - present. If your request is for information available on the website, this is the only response you will receive. If you are unable to access the information via the website you may resubmit your request, however, please specify that you were unable to obtain the information from the website. In order that we may continue to provide needed information in a quick and efficient manner, please also indicate why you could not obtain the information from the site.

Additionally, the database we use in our office to search for inmate information is the same database used on our website. If your search results in "NO RECORD FOUND," there is no further search our office can conduct that will provide a different response.

If you are requesting information that is not available via the Inmate Locator, (Inmate register numbers, age, race, sex, projected release date and location, or date released) please be advised that an original release Authorization from that person that is either notarized or contains a penalty of perjury statement is required. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this email, and indicate that you wish us to process your request as is, without authorization. You will need to explain why you are entitled to the information without an authorization. Absent a legally sufficient reason for releasing the records without consent, your request will be denied and appeal rights will be given. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for records maintained on non-inmate persons:

Requests for information on an individual cannot be processed without a current, original release Authorization from that person that is either notarized or contains a penalty of perjury statement. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

Ex. 2 - BOP web-form receipt 3 (page 2 of 2)

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this text and indicate that you wish us to process your request as is, without authorization. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for information not related to an individual:

All other requests will be processed and a response forwarded as soon as possible.

BOP's FOIA Service Center:

You may check the status of a request by contacting the BOP's FOIA Service Center (FSC) at 202.616.7750. Please note that this service is available only to requesters seeking information concerning the status of a submitted FOIA request.

Below are your responses to the FOIA form:

Date = 09/18/2026
Name = Jaivin Karnani
Address = 868 Braewood Court
City

**Ex. 2 - BOP web-form receipt 4 (page 1 of 2)**

From : auto-reply@bop.gov
To : [email redacted]
Date : Sat, 19 Sep 2026 05:43:57 +0000
Subject: Reply - FOIA Request - [email redacted] Jaivin Karnani

*******
This message was generated from an automated email account on www.bop.gov. Please do not reply to this message; you will not get a response.
If you have questions or concerns, please use the "Contact Us" area on the BOP website www.bop.gov/contact
TimeStamp: Sat Sep 19 01:43:57 EDT 2026
*******

Your request for information has been received. Please read this automatic reply carefully as this may be the only response you receive from this office.

If your request involves:

Inmate Records:

Inmate register numbers, age, race, sex, projected release date and location, or date released can be found on the BOP website via the Inmate Locator at:

http://www.bop.gov/Locate

The website contains information on the current prison population and on inmates released from 1982 - present. If your request is for information available on the website, this is the only response you will receive. If you are unable to access the information via the website you may resubmit your request, however, please specify that you were unable to obtain the information from the website. In order that we may continue to provide needed information in a quick and efficient manner, please also indicate why you could not obtain the information from the site.

Additionally, the database we use in our office to search for inmate information is the same database used on our website. If your search results in "NO RECORD FOUND," there is no further search our office can conduct that will provide a different response.

If you are requesting information that is not available via the Inmate Locator, (Inmate register numbers, age, race, sex, projected release date and location, or date released) please be advised that an original release Authorization from that person that is either notarized or contains a penalty of perjury statement is required. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this email, and indicate that you wish us to process your request as is, without authorization. You will need to explain why you are entitled to the information without an authorization. Absent a legally sufficient reason for releasing the records without consent, your request will be denied and appeal rights will be given. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for records maintained on non-inmate persons:

Requests for information on an individual cannot be processed without a current, original release Authorization from that person that is either notarized or contains a penalty of perjury statement. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this text and indicate that you wish us to process your request as is, without authorization. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for information not related to an individual:

All other requests will be processed and a response forwarded as soon as possible.

BOP's FOIA Service Center:

You may check the status of a request by contacting the BOP's FOIA Service Center (FSC) at 202.616.7750. Please note that this service is available only to requesters seeking information concerning the status of a submitted FOIA request.

Below are your responses to the FOIA form:

Date = 09/18/2026
Name = Jaivin Karnani
Address = 868 Braewood Court
City

**Ex. 2 - BOP web-form receipt 5 (page 1 of 2)**

From : auto-reply@bop.gov
To : [email redacted]
Date : Sat, 19 Sep 2026 05:45:41 +0000
Subject: Reply - FOIA Request - [email redacted] Jaivin Karnani

*******
This message was generated from an automated email account on www.bop.gov. Please do not reply to this message; you will not get a response.
If you have questions or concerns, please use the "Contact Us" area on the BOP website www.bop.gov/contact
TimeStamp: Sat Sep 19 01:45:41 EDT 2026
*******

Your request for information has been received. Please read this automatic reply carefully as this may be the only response you receive from this office.

If your request involves:

Inmate Records:

Inmate register numbers, age, race, sex, projected release date and location, or date released can be found on the BOP website via the Inmate Locator at:

http://www.bop.gov/Locate

The website contains information on the current prison population and on inmates released from 1982 - present. If your request is for information available on the website, this is the only response you will receive. If you are unable to access the information via the website you may resubmit your request, however, please specify that you were unable to obtain the information from the website. In order that we may continue to provide needed information in a quick and efficient manner, please also indicate why you could not obtain the information from the site.

Additionally, the database we use in our office to search for inmate information is the same database used on our website. If your search results in "NO RECORD FOUND," there is no further search our office can conduct that will provide a different response.

If you are requesting information that is not available via the Inmate Locator, (Inmate register numbers, age, race, sex, projected release date and location, or date released) please be advised that an original release Authorization from that person that is either notarized or contains a penalty of perjury statement is required. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this email, and indicate that you wish us to process your request as is, without authorization. You will need to explain why you are entitled to the information without an authorization. Absent a legally sufficient reason for releasing the records without consent, your request will be denied and appeal rights will be given. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for records maintained on non-inmate persons:

Requests for information on an individual cannot be processed without a current, original release Authorization from that person that is either notarized or contains a penalty of perjury statement. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

Ex. 2 - BOP web-form receipt 5 (page 2 of 2)

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this text and indicate that you wish us to process your request as is, without authorization. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for information not related to an individual:

All other requests will be processed and a response forwarded as soon as possible.

BOP's FOIA Service Center:

You may check the status of a request by contacting the BOP's FOIA Service Center (FSC) at 202.616.7750. Please note that this service is available only to requesters seeking information concerning the status of a submitted FOIA request.

Below are your responses to the FOIA form:

Date = 09/18/2026
Name = Jaivin Karnani
Address = 868 Braewood Court
City

**Ex. 2 - BOP web-form receipt 6 (page 1 of 2)**

From : auto-reply@bop.gov
To : [email redacted]
Date : Sat, 19 Sep 2026 05:47:58 +0000
Subject: Reply - FOIA Request - [email redacted] Jaivin Karnani

*******
This message was generated from an automated email account on www.bop.gov. Please do not reply to this message; you will not get a response.
If you have questions or concerns, please use the "Contact Us" area on the BOP website www.bop.gov/contact
TimeStamp: Sat Sep 19 01:47:58 EDT 2026
*******

Your request for information has been received. Please read this automatic reply carefully as this may be the only response you receive from this office.

If your request involves:

Inmate Records:

Inmate register numbers, age, race, sex, projected release date and location, or date released can be found on the BOP website via the Inmate Locator at:

http://www.bop.gov/Locate

The website contains information on the current prison population and on inmates released from 1982 - present. If your request is for information available on the website, this is the only response you will receive. If you are unable to access the information via the website you may resubmit your request, however, please specify that you were unable to obtain the information from the website. In order that we may continue to provide needed information in a quick and efficient manner, please also indicate why you could not obtain the information from the site.

Additionally, the database we use in our office to search for inmate information is the same database used on our website. If your search results in "NO RECORD FOUND," there is no further search our office can conduct that will provide a different response.

If you are requesting information that is not available via the Inmate Locator, (Inmate register numbers, age, race, sex, projected release date and location, or date released) please be advised that an original release Authorization from that person that is either notarized or contains a penalty of perjury statement is required. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this email, and indicate that you wish us to process your request as is, without authorization. You will need to explain why you are entitled to the information without an authorization. Absent a legally sufficient reason for releasing the records without consent, your request will be denied and appeal rights will be given. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for records maintained on non-inmate persons:

Requests for information on an individual cannot be processed without a current, original release Authorization from that person that is either notarized or contains a penalty of perjury statement. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this text and indicate that you wish us to process your request as is, without authorization. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for information not related to an individual:

All other requests will be processed and a response forwarded as soon as possible.

BOP's FOIA Service Center:

You may check the status of a request by contacting the BOP's FOIA Service Center (FSC) at 202.616.7750. Please note that this service is available only to requesters seeking information concerning the status of a submitted FOIA request.

Below are your responses to the FOIA form:

Date = 09/18/2026
Name = Jaivin Karnani
Address = 868 Braewood Court
City

**Ex. 2 - BOP web-form receipt 7 (page 1 of 2)**

From : auto-reply@bop.gov
To : [email redacted]
Date : Sat, 19 Sep 2026 05:50:49 +0000
Subject: Reply - FOIA Request - [email redacted] Jaivin Raj Karnani

*******
This message was generated from an automated email account on www.bop.gov. Please do not reply to this message; you will not get a response.
If you have questions or concerns, please use the "Contact Us" area on the BOP website www.bop.gov/contact
TimeStamp: Sat Sep 19 01:50:49 EDT 2026
*******

Your request for information has been received. Please read this automatic reply carefully as this may be the only response you receive from this office.

If your request involves:

Inmate Records:

Inmate register numbers, age, race, sex, projected release date and location, or date released can be found on the BOP website via the Inmate Locator at:

http://www.bop.gov/Locate

The website contains information on the current prison population and on inmates released from 1982 - present. If your request is for information available on the website, this is the only response you will receive. If you are unable to access the information via the website you may resubmit your request, however, please specify that you were unable to obtain the information from the website. In order that we may continue to provide needed information in a quick and efficient manner, please also indicate why you could not obtain the information from the site.

Additionally, the database we use in our office to search for inmate information is the same database used on our website. If your search results in "NO RECORD FOUND," there is no further search our office can conduct that will provide a different response.

If you are requesting information that is not available via the Inmate Locator, (Inmate register numbers, age, race, sex, projected release date and location, or date released) please be advised that an original release Authorization from that person that is either notarized or contains a penalty of perjury statement is required. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this email, and indicate that you wish us to process your request as is, without authorization. You will need to explain why you are entitled to the information without an authorization. Absent a legally sufficient reason for releasing the records without consent, your request will be denied and appeal rights will be given. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for records maintained on non-inmate persons:

Requests for information on an individual cannot be processed without a current, original release Authorization from that person that is either notarized or contains a penalty of perjury statement. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

**Ex. 2 - BOP web-form receipt 7 (page 2 of 2)**

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this text and indicate that you wish us to process your request as is, without authorization. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for information not related to an individual:

All other requests will be processed and a response forwarded as soon as possible.

BOP's FOIA Service Center:

You may check the status of a request by contacting the BOP's FOIA Service Center (FSC) at 202.616.7750. Please note that this service is available only to requesters seeking information concerning the status of a submitted FOIA request.

Below are your responses to the FOIA form:

Date = 09/18/2026
Name = Jaivin Raj Karnani
Address = 868 Braewood Court
C

**Ex. 2 - BOP web-form receipt 8 (page 1 of 2)**

From : auto-reply@bop.gov
To : [email redacted]
Date : Sat, 19 Sep 2026 05:52:13 +0000
Subject: Reply - FOIA Request - [email redacted] Jaivin Raj Karnani

*******
This message was generated from an automated email account on www.bop.gov. Please do not reply to this message; you will not get a response.
If you have questions or concerns, please use the "Contact Us" area on the BOP website www.bop.gov/contact
TimeStamp: Sat Sep 19 01:52:13 EDT 2026
*******

Your request for information has been received. Please read this automatic reply carefully as this may be the only response you receive from this office.

If your request involves:

Inmate Records:

Inmate register numbers, age, race, sex, projected release date and location, or date released can be found on the BOP website via the Inmate Locator at:

http://www.bop.gov/Locate

The website contains information on the current prison population and on inmates released from 1982 - present. If your request is for information available on the website, this is the only response you will receive. If you are unable to access the information via the website you may resubmit your request, however, please specify that you were unable to obtain the information from the website. In order that we may continue to provide needed information in a quick and efficient manner, please also indicate why you could not obtain the information from the site.

Additionally, the database we use in our office to search for inmate information is the same database used on our website. If your search results in "NO RECORD FOUND," there is no further search our office can conduct that will provide a different response.

If you are requesting information that is not available via the Inmate Locator, (Inmate register numbers, age, race, sex, projected release date and location, or date released) please be advised that an original release Authorization from that person that is either notarized or contains a penalty of perjury statement is required. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this email, and indicate that you wish us to process your request as is, without authorization. You will need to explain why you are entitled to the information without an authorization. Absent a legally sufficient reason for releasing the records without consent, your request will be denied and appeal rights will be given. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for records maintained on non-inmate persons:

Requests for information on an individual cannot be processed without a current, original release Authorization from that person that is either notarized or contains a penalty of perjury statement. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this text and indicate that you wish us to process your request as is, without authorization. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for information not related to an individual:

All other requests will be processed and a response forwarded as soon as possible.

BOP's FOIA Service Center:

You may check the status of a request by contacting the BOP's FOIA Service Center (FSC) at 202.616.7750. Please note that this service is available only to requesters seeking information concerning the status of a submitted FOIA request.

Below are your responses to the FOIA form:

Date = 09/18/2026
Name = Jaivin Raj Karnani
Address = 868 Braewood Court
C

**Ex. 2 - BOP web-form receipt 9 (page 1 of 2)**

From : auto-reply@bop.gov
To : [email redacted]
Date : Sat, 19 Sep 2026 05:53:28 +0000
Subject: Reply - FOIA Request - [email redacted] Jaivin Raj Karnani

*******
This message was generated from an automated email account on www.bop.gov. Please do not reply to this message; you will not get a response.
If you have questions or concerns, please use the "Contact Us" area on the BOP website www.bop.gov/contact
TimeStamp: Sat Sep 19 01:53:28 EDT 2026
*******

Your request for information has been received. Please read this automatic reply carefully as this may be the only response you receive from this office.

If your request involves:

Inmate Records:

Inmate register numbers, age, race, sex, projected release date and location, or date released can be found on the BOP website via the Inmate Locator at:

http://www.bop.gov/Locate

The website contains information on the current prison population and on inmates released from 1982 - present. If your request is for information available on the website, this is the only response you will receive. If you are unable to access the information via the website you may resubmit your request, however, please specify that you were unable to obtain the information from the website. In order that we may continue to provide needed information in a quick and efficient manner, please also indicate why you could not obtain the information from the site.

Additionally, the database we use in our office to search for inmate information is the same database used on our website. If your search results in "NO RECORD FOUND," there is no further search our office can conduct that will provide a different response.

If you are requesting information that is not available via the Inmate Locator, (Inmate register numbers, age, race, sex, projected release date and location, or date released) please be advised that an original release Authorization from that person that is either notarized or contains a penalty of perjury statement is required. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this email, and indicate that you wish us to process your request as is, without authorization. You will need to explain why you are entitled to the information without an authorization. Absent a legally sufficient reason for releasing the records without consent, your request will be denied and appeal rights will be given. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for records maintained on non-inmate persons:

Requests for information on an individual cannot be processed without a current, original release Authorization from that person that is either notarized or contains a penalty of perjury statement. For your convenience, you may use form DOJ-361, which can be found on the BOP website for a release authorization. This request must be submitted in writing to:

FOIA/PA Office
320 First Street, N.W.
Washington, D.C. 20534

**Ex. 2 - BOP web-form receipt 9 (page 2 of 2)**

If you believe you are entitled to the information you seek without authorization from the subject of the record, you should reply to this text and indicate that you wish us to process your request as is, without authorization. Otherwise, this is the only response you will receive to such requests until a written request is submitted.

Requests for information not related to an individual:

All other requests will be processed and a response forwarded as soon as possible.

BOP's FOIA Service Center:

You may check the status of a request by contacting the BOP's FOIA Service Center (FSC) at 202.616.7750. Please note that this service is available only to requesters seeking information concerning the status of a submitted FOIA request.

Below are your responses to the FOIA form:

Date = 09/18/2026
Name = Jaivin Raj Karnani
Address = 868 Braewood Court
C

# EXHIBIT 3

FOIA-1: Plaintiff's signed first-party request of September 26, 2026 (email and signed copy) and the October 6, 2026 supplemental preservation demand (email and signed copy).

**Ex. 3 - FOIA-1 email, Sept. 26, 2026 (page 1 of 1)**

From : Jaivin Karnani <[email redacted]>
To : BOP-OGC-EFOIA-S@bop.gov
Cc : WXRO-FOIA-S@bop.gov
Date : Sat, 26 Sep 2026 22:56:10 -0700
Subject: Privacy Act/FOIA request (first-party) with preservation request - TRUFONE call recordings and call records - Jaivin Raj Karnani, Reg. No. 14087-512

FOIA/PA Section, Office of General Counsel
Federal Bureau of Prisons

This is a first-party request under the Privacy Act, 5 U.S.C. 552a, and the Freedom of Information Act, 5 U.S.C. 552. The copy to the Western Region is a courtesy copy; please treat this as one request.

REQUESTER
Full name: Jaivin Raj Karnani
Register number: 14087-512
Date of birth: 1980 [month and day redacted]
Place of birth: Singapore
Current address: FCI Lompoc Satellite Camp, 3705 West Farm Road, Lompoc, CA 93436

DELIVERY
Please send all correspondence and records by email to [email redacted], and any paper to: Jaivin Raj Karnani, c/o Raj Karnani, 868 Braewood Court, South Pasadena, CA 91030.

PRESERVATION - PLEASE ACT ON RECEIPT
The records below are call recordings that, according to the Bureau's TRUFONE Privacy Impact Assessment, are deleted after 180 days. The earliest calls in the range reach 180 days in late October 2026. Please place a hold on every recording and call record described below now, so that none is deleted while this request is pending (28 C.F.R. 16.9).

RECORDS REQUESTED
For every telephone call made through the TRUFONE system between me (Reg. No. 14087-512) and telephone number [phone redacted], from May 1, 2026 through August 25, 2026:
1. The audio recording of each call, in its native digital format or the best available electronic format.
2. The call records for each call: date, start time, duration, and number dialed.
If any part of a recording is withheld, please release all reasonably segregable portions, including my own side of each call, and state the exemption claimed for each withholding.

PRIOR ATTEMPT
I first emailed this request on September 1, 2026 to bop-foia@bop.gov, which I now understand is not an address the Bureau publishes. No confirmation was received. Please treat this email as the operative request.

FEES
I agree to pay fees up to $25.00. Please contact me before incurring any fee above that amount.

Please confirm receipt and provide a tracking number.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 26, 2026.

/s/ Jaivin Raj Karnani (signed copy attached)
Jaivin Raj Karnani, Reg. No. 14087-512

FOIA/PA Section, Office of General Counsel
Federal Bureau of Prisons

This is a first-party request under the Privacy Act, 5 U.S.C. 552a, and the Freedom of Information Act, 5 U.S.C. 552. The copy to the Western Region is a courtesy copy;
please treat this as one request.

REQUESTER
Full name: Jaivin Raj Karnani
Register number: 14087-512
Date of birth: [redacted]
Place of birth: Singapore
Current address: FCI Lompoc Satellite Camp, 3705 West Farm Road, Lompoc, CA 93436

DELIVERY
Please send all correspondence and records by email to [redacted], and any paper to: Jaivin Raj Karnani, c/o Raj Karnani, 868 Braewood Court, South Pasadena, CA 91030.

PRESERVATION - PLEASE ACT ON RECEIPT
The records below are call recordings that, according to the Bureau's TRUFONE Privacy Impact Assessment, are deleted after 180 days. The earliest calls in the range reach 180 days in late October 2026. Please place a hold on every recording and call record described below now, so that none is deleted while this request is pending (28 C.F.R. 16.9).

RECORDS REQUESTED
For every telephone call made through the TRUFONE system between me (Reg. No. 14087-512) and telephone number [redacted], from May 1, 2026 through August 25, 2026:
1. The audio recording of each call, in its native digital format or the best available electronic format.
2. The call records for each call: date, start time, duration, and number dialed.
If any part of a recording is withheld, please release all reasonably segregable portions, including my own side of each call, and state the exemption claimed for each withholding.

PRIOR ATTEMPT
I first emailed this request on September 1, 2026 to bop-foia@bop.gov, which I now understand is not an address the Bureau publishes. No confirmation was received. Please treat this email as the operative request.

FEES
I agree to pay fees up to $25.00. Please contact me before incurring any fee above that amount.

Please confirm receipt and provide a tracking number.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 26, 2026.

Jaivin Raj Karnani, Reg. No. 14087-512

**Ex. 3 - Supplemental preservation demand email, Oct. 6, 2026 (page 1 of 1)**

From : Jaivin Karnani <[email redacted]>
To : BOP-OGC-EFOIA-S@bop.gov
Cc : WXRO-FOIA-S@bop.gov, [email redacted]
Date : Tue, 6 Oct 2026 10:38:34 -0700
Subject: Supplemental preservation demand - Privacy Act/FOIA request of 9/26/2026 (TRUFONE recordings) - Karnani, Reg. No. 14087-512

FOIA/PA Section, Office of General Counsel, Federal Bureau of Prisons:

Attached is a signed supplemental preservation demand to my Privacy Act / FOIA request of September 26, 2026 (TRUFONE call recordings; also sent by certified mail on September 30, 2026).

The records requested are unchanged. The preservation demand is widened to the recordings and call detail records of all of my TRUFONE calls from May 1, 2026 to the present. The earliest reach the approximate 180-day deletion point on or about October 28, 2026.

Please confirm receipt and provide a tracking number.

Jaivin Raj Karnani
Reg. No. 14087-512
FCI Lompoc Satellite Camp

Jaivin Raj Karnani
Reg. No. 14087-512
FCI Lompoc Satellite Camp
3705 W. Farm Road
Lompoc, California 93436

October 6, 2026

FOIA/PA Section, Office of General Counsel
Federal Bureau of Prisons
320 First Street, N.W., Room 924
Washington, DC 20534
By email: BOP-OGC-EFOIA-S@BOP.GOV; copy to the Western Regional Office FOIA mailbox

**Re: Supplemental preservation demand to my Privacy Act / FOIA request of September 26, 2026 (FOIA-1, TRUFONE call recordings), also mailed by certified mail September 30, 2026**

This letter supplements my request of September 26, 2026. The records I request are unchanged: the recordings and call detail records of my TRUFONE calls listed in that request, for May 1, 2026 through August 25, 2026.

I write only to widen the preservation demand. Please preserve, and suspend any routine deletion or overwriting of, the recordings and call detail records of **all** of my TRUFONE telephone calls, to any number, from May 1, 2026 to the present, while my request and any related proceedings are pending. I understand that call recordings may be deleted on a schedule of about 180 days; the earliest of these calls reach that point on or about October 28, 2026.

Please confirm receipt and provide a request tracking number. I agree to pay fees up to $25 without further approval.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above.

Jaivin Raj Karnani, Reg. No. 14087-512